IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| CHARLES EDWARD JOHNSON | § | |
| VS. | § | CIVIL ACTION NO. 4:05cv117 |
| LIEUTENANT MCCRAW, ET AL. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE's REPORT AND RECOMMENDATION

Plaintiff Charles Edward Johnson, an inmate at the Collin County Detention Center, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The court heretofore referred this matter to the Honorable Don D. Bush, United States Magistrate Judge, at Sherman, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this action be dismissed without prejudice for want of prosecution.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

---

[1] The court notes that the copy of the Report mailed to Plaintiff was returned to the court noting that plaintiff is no longer confined at the Collin County Detention Facility. Plaintiff has failed to provide the court with an address at which he may be contacted.

1

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 9th day of March, 2006.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE